**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE MEDICINES COMPANY,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>BIOGEN MA INC.;<br><br>    Defendant and Counterclaim Plaintiff. | ) <br> ) <br> ) Civil Action No. 15-7031 (MCA) (LDW) <br> ) <br> ) <br> ) **STIPULATION AND ORDER OF** <br> ) **DISMISSAL, WITH PREJUDICE** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**WHEREAS**, Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and with the understanding that the parties have settled this matter, The Medicines Company. ("Plaintiff"), and Biogen MA, INC., ("Defendants"), the parties in the above-captioned action, hereby stipulate that all claims in this action are dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

Accordingly, pursuant to the above Stipulation, and upon the consent and request of Plaintiff and Defendant, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.      All claims, defenses, and counterclaims in this matter, including the allegations and averments contained therein, are hereby dismissed, with prejudice.

2.      Plaintiff and Defendants each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order of Dismissal.

3.      This Court has jurisdiction over Plaintiff and Defendants for the purposes of enforcing the terms of the parties' Settlement Agreement.

4.      This Stipulation and Order of Dismissal shall fully resolve this Action between Plaintiff and Defendants.

5.      The Clerk of the Court is directed to enter this Stipulation and Order of

Dismissal forthwith.

Dated: June 6, 2018


By: s/ David E. De Lorenzi                    By:  s/ Stephen R. Buckingham

David E. De Lorenzi, Esq.                     Stephen R. Buckingham, Esq.
Christopher H. Strate, Esq.                    **LOWENSTEIN SANDLER LLP**
Patricia A. Clark, Ph.D., Esq.                 One Lowenstein Drive
**GIBBONS P.C.**                               Roseland, New Jersey 07068
One Gateway Center                             (973) 597-2500
Newark, New Jersey 07102                       sbuckingham@lowenstein.com
(973) 596-4500
ddelorenzi@gibbonslaw.com




*Attorneys for Plaintiff and Counterclaim*     *Attorneys for Defendant and Counterclaim*
*Defendant, The Medicines Company*             *Plaintiff, Biogen MA Inc.*




Date: _____ of _____, 2018

So Ordered


_____

Honorable Madeline Cox Arleo, U.S.D.J.

2